IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MIRANDA H.,

        Plaintiff,

v.

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION,

        Defendant.

No. 6:20-cv-00077-HZ

ORDER

HERNÁNDEZ, District Judge:

    Plaintiff Miranda H. brought this action seeking review of the Commissioner's final decision to deny Disability Insurance Benefits. On November 25, 2021, the Court reversed the Commissioner's decision and ordered that the case be remanded for additional proceedings. Op. & Order, ECF 14. Judgment was also entered the same day. J., ECF 15. On March 31, 2024, Plaintiff's counsel received notice of Plaintiff's award for benefits. Pl. Mot. Att. 2, ECF 19-2.

    Plaintiff now seeks an award of fees of $14,877.50 pursuant to 42 U.S.C. § 406(b). Pl. Mot., ECF 19. Defendant has no objection to the request. *Id*. The Court has reviewed the record

1 – ORDER

in the case, the motion, and the supporting materials including the award of benefits, the fee agreement with counsel, and the recitation of counsel's hours and services. Applying the standards set by *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), the Court finds the requested fees reasonable.

The Court GRANTS the motion [19] and awards Plaintiff's counsel $14,877.50 in attorney's fees under 42 U.S.C. § 406(b). Previously, the Court awarded Plaintiff attorney's fees in the amount of $3,707.38 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Upon payment of the § 406(b) fees, Plaintiff's counsel will refund any EAJA fees received by counsel to Plaintiff. Any amount withheld after all administrative and court attorney's fees are paid should be released to the claimant.

IT IS SO ORDERED.

DATED: June 20, 2024.

                                                                                 *Marco Hernandez*
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER